522 Pa. 491 (1989)
564 A.2d 151
COMMONWEALTH of Pennsylvania
v.
Andre CRADDOCK, Appellant.
Supreme Court of Pennsylvania.
Argued April 14, 1989.
Decided September 5, 1989.
Steven A. Morley, Philadelphia, for appellant.
Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeals Div., George S. Leone, Philadelphia, for appellee.
*492 Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

ORDER
PER CURIAM:
Order affirmed.